UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:10-cr-0182-JMS-DKL-1 |
| | ) | |
| ROGER HODSON, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore=s Report and Recommendation that

Roger Hodson=s supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now

approves and adopts the Report and Recommendation as follows:

1.   The defendant's supervised release is modified to include residing at Volunteers of
     America Residential Reentry Center for a period of six (6) months, with all other
     terms of supervised release to remain the same.

SO ORDERED

03/20/2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the Court's ECF
system.

U. S. Parole and Probation

U. S. Marshal